AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
09/20/2024
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

| | |
|---|---|
| USA | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: PE:24-M -00455(1) |
| | § |
| (1) Hector Gerardo Martinez-Riojas | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 18, 2024** in **Brewster** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.

in violation of Title     **8**     United States Code, Section(s)   **1326(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   *"The Defendant, Hector Gerardo MARTINEZ-Riojas, was arrested by Alpine Station Border Patrol Agents, on September 18, 2024, for being an illegal alien present in the*

**Continued on the attached sheet and made a part of hereof.**

/s/ Seth Davison
Signature of Complainant
Border Patrol Agent

September 20, 2024     at   PECOS, Texas
Date                               City and State

Complaint sworn to telephonically and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:24-M -00455(1)

WESTERN DISTRICT OF TEXAS

(1) Hector Gerardo Martinez-Riojas

FACTS (CONTINUED)

United States. Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 10/17/2023 through Harlingen, Tx. The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded. The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.


IMMIGRATION HISTORY:
MARTINEZ-Riojas, Hector has been deported 3 time(s), the last one being to MEXICO on October 17, 2023, through HARLINGEN, TX.

CRIMINAL HISTORY:
02/28/1998, Denton, TX, Assault Causes Bodily Injury Family member(M), ACC, Bail/Released on own Recognizance.
07/27/2004, Del Rio, TX, 8 USC 1325 ILLEG. ENT. US(M), CNV, 30 Days Confinement.
12/03/2014, Brewster County, TX, 8 USC 1325 Improper Entry by Alien(M), CNV, 90 Days Confinement.
01/31/2023, Brewster County, TX, 8 USC 1326 Illegal RE-Entry into the U.S.(F), CNV, 7 Months Confinement.